HPD-01            HOMESTEAD POLICE DEPARTMENT
Revised 01/11/11

# Use of Force Report

## INCIDENT INFORMATION

1. Date of this Report    **07/07/2018**
2. Date of Incident    **07/06/2018**
3. Time of Incident    **14:28**
4. Location of Incident    **100 SE 18TH AVE, BLK, HOMESTEAD, FL 33033**
5. IBR number    **1807060018**
6. Type of force (Effective Y/N)
   - a.) **HANDS FIST AND FEET**
   - b.)
   - c.)
   
   Other (explain)

7. At the time of the incident, was the officer in uniform or plainclothes? **UNIFORM**

8. List name and code numbers of all officers present at the time the force was used
   **GUZMAN, ENGELBERT (0758) / LAGO, CARLOS (0831) / SIMMONS, SHAVAR (0857)**

9. List names, addresses, and phone numbers of any witnesses

## OFFICER INFORMATION

10. Name    **CARVAJAL, K.**
11. Rank   **POLICE OFFICER**
12. Code    **0720**
13. Where assigned    **SWN/UNF/PAT/MIDS**
14. Phone #    **305-224-5428**
15. Race    **W**
16. Sex    **M**
17. Date of birth
18. Date of employment
19. Total years of education
20. Was the officer injured?   **N**
21. If yes, type of injuries    **NONE**
22. Name of hospital   **NOT APPLICABLE**
23. Type of treatment    **NON APPLICABLE**

## SUBJECT INFORMATION

24. Name **SABRIAN LAMONT BRUTON**   25. Address **1663 SE 27TH DR - 204 HOMESTEAD, FL 33035**
26. Race **B**   27. Sex **M**   28. Date of birth **11/26/1987**
29. Social security # **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**
30. Work phone          31. Home phone **786-380-1968**
32. Did subject complain of injury? **Y**   33. Were there visible signs of injury? **Y**
34. If yes, type of injuries **OTHER - SEE NARRATIVE**

*Note:* Subject must go to the hospital for any complaint of injury or use of OC spray. Treatment must be refused at the hospital.

35. Type of treatment **HOSPITAL**
36. Name of hospital **OTHER - SEE**   37. How transported to hospital **HOMESTEAD POLICE**
38. Name of doctor **MORE JOHN, ORLANDO**
39. Time of treatment **07/06/2018 16:00:00**   40. Time of release
41. Was subject under the influence of drugs or alcohol? **UNKNOWN**
42. Photos attached? **Y**   If no, explain:
43. Was suspect arrested? **Y**   If yes, list charges. If no, explain: **DWLS 3RD OR SUBS, RESISTING W/ VIOL, BURGLARY, RESISTING W/O VIOL, FALSE NAME TO LEO, POSS MARIJUANA**

## INCIDENT DESCRIPTION

44. Describe, in detail, your actions, the actions of any other involved officers, and the actions and conduct of the subject(s) before, during and after the use of force. Include whether the use of each type of force was effective. NOTE: In case of use of the OC Fogger, or in any case as directed by supervision, this information must be reported in standard letter format and attached to this form.

**See Officer`s Supplement report. [07/07/2018 11:38, JVILLARREAL, 183, HPD]**

45. Officer's signature _____   Date: _____

# SUPERVISOR'S RESPONSIBILITIES

*Note:* A cover letter from the supervisor, through channels, must accompany this form (Except cases involving ONLY the use of the individual OC canister. If a complaint of excessive use of force was made, a PD-82 must be compiled.

I have reviewed this use of force, and have determined that

- [X] it is within the policy guidelines
- [ ] it is not within the policy guidelines
- [X] lesser force alternatives were not available
- [ ] lesser force alternatives were available
- [X] training and proper tactics were followed
- [ ] training and proper tactics were not followed

Supervisor's name  **VILLARREAL, J.**  Supervisor's code #  **0710**

Supervisor's signature  _____

Supervisor's assignment  **SWN/UNF/PAT/MID**  Telephone #  **305-224-5454**

In cases involving ONLY the use of the individual OC canister, the reviewing supervisor must explain his/her conclusion below. In other cases, the cover letter explains the conclusion

**FULL REVIEWS ATTACHED, IF COMPLETED**

Distribution

**Original - Through channels to the Major of the Affected Service**
**Copy - Internal Affairs Division**
**Copy - Training Division**

HPD-01  
Revised 01/11/11

**HOMESTEAD POLICE DEPARTMENT**

## Use of Force Report

| INCIDENT INFORMATION |
|---|

1. Date of this Report **07/07/2018**
2. Date of Incident **07/06/2018**
3. Time of Incident **14:28**
4. Location of Incident **100 SE 18TH AVE, BLK, HOMESTEAD, FL 33033**
5. IBR number **1807060018**
6. Type of force (Effective Y/N)
   a.) **HANDS FIST AND FEET**
   b.)
   c.)
   Other (explain)

7. At the time of the incident, was the officer in uniform or plainclothes? **UNIFORM**

8. List name and code numbers of all officers present at the time the force was used
   **CARVAJAL, KEVIN (0720) / LAGO, CARLOS (0831) / SIMMONS, SHAVAR (0857)**

9. List names, addresses, and phone numbers of any witnesses

| OFFICER INFORMATION |
|---|

10. Name **GUZMAN, E.**
11. Rank **POLICE OFFICER**
12. Code **0758**
13. Where assigned **SWN/UNF/PAT/DAY**
14. Phone # **305-224-5568**
15. Race **B**
16. Sex **M**
17. Date of birth
18. Date of employment
19. Total years of education
20. Was the officer injured? **N**
21. If yes, type of injuries **NONE**
22. Name of hospital **NOT APPLICABLE**
23. Type of treatment **NON APPLICABLE**

## SUBJECT INFORMATION

24. Name **SABRIAN LAMONT BRUTON**  25. Address **1663 SE 27TH DR - 204 HOMESTEAD, FL 33035**
26. Race **B**    27. Sex **M**    28. Date of birth **11/26/1987**
29. Social security # **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**
30. Work phone                              31. Home phone **786-380-1968**
32. Did subject complain of injury? **Y**    33. Were there visible signs of injury? **Y**
34. If yes, type of injuries **OTHER - SEE NARRATIVE**

*Note:* Subject must go to the hospital for any complaint of injury or use of OC spray. Treatment must be refused at the hospital.

35. Type of treatment **HOSPITAL**
36. Name of hospital **OTHER - SEE**    37. How transported to hospital **HOMESTEAD POLICE**
38. Name of doctor **MORE JOHN, ORLANDO**
39. Time of treatment **07/06/2018 16:00:00**    40. Time of release
41. Was subject under the influence of drugs or alcohol? **UNKNOWN**
42. Photos attached? **Y**    If no, explain:
43. Was suspect arrested? **Y**    If yes, list charges. If no, explain: **DWLS 3RD OR SUBS, RESISTING W/ VIOL, BURGLARY, RESISTING W/O VIOL, FALSE NAME TO LEO, POSS MARIJUANA**

## INCIDENT DESCRIPTION

44. Describe, in detail, your actions, the actions of any other involved officers, and the actions and conduct of the subject(s) before, during and after the use of force. Include whether the use of each type of force was effective. NOTE: In case of use of the OC Fogger, or in any case as directed by supervision, this information must be reported in standard letter format and attached to this form.

**See the officer`s Supplement report [07/07/2018 11:45, JVILLARREAL, 183, HPD]**

45. Officer's signature _____    Date: _____

# SUPERVISOR'S RESPONSIBILITIES

*Note:* A cover letter from the supervisor, through channels, must accompany this form (Except cases involving ONLY the use of the individual OC canister. If a complaint of excessive use of force was made, a PD-82 must be compiled.

I have reviewed this use of force, and have determined that

| | | | |
|---|---|---|---|
| [X] | it is within the policy guidelines | [ ] | it is not within the policy guidelines |
| [X] | lesser force alternatives were not available | [ ] | lesser force alternatives were available |
| [X] | training and proper tactics were followed | [ ] | training and proper tactics were not followed |

Supervisor's name   **VILLARREAL, J.**                                     Supervisor's code #   **0710**

Supervisor's signature   _____

Supervisor's assignment   **SWN/UNF/PAT/MID**                          Telephone #   **305-224-5454**

In cases involving ONLY the use of the individual OC canister, the reviewing supervisor must explain his/her conclusion below. In other cases, the cover letter explains the conclusion

---

**FULL REVIEWS ATTACHED, IF COMPLETED**

Distribution

**Original - Through channels to the Major of the Affected Service**
**Copy - Internal Affairs Division**
**Copy - Training Division**

HPD-01 **HOMESTEAD POLICE DEPARTMENT**
Revised 01/11/11

## Use of Force Report

### INCIDENT INFORMATION

1. Date of this Report **07/07/2018**
2. Date of Incident **07/06/2018**
3. Time of Incident **14:28**
4. Location of Incident **100 SE 18TH AVE, BLK, HOMESTEAD, FL 33033**
5. IBR number **1807060018**
6. Type of force (Effective Y/N)
   a.) **HANDS FIST AND FEET**
   b.)
   c.)
   Other (explain)

7. At the time of the incident, was the officer in uniform or plainclothes? **UNIFORM**

8. List name and code numbers of all officers present at the time the force was used
   **GUZMAN, ENGELBERT (0758) / CARVAJAL, KEVIN (0720) / SIMMONS, SHAVAR (0857)**

9. List names, addresses, and phone numbers of any witnesses

### OFFICER INFORMATION

10. Name **LAGO, C.**
11. Rank **POLICE OFFICER**
12. Code **0831**
13. Where assigned **SWN/UNF/PAT/DAY**
14. Phone #
15. Race **W**
16. Sex **M**
17. Date of birth **03/07/1978**
18. Date of employment **10/01/2012**
19. Total years of education
20. Was the officer injured? **N**
21. If yes, type of injuries **NONE**
22. Name of hospital **NOT APPLICABLE**
23. Type of treatment **NON APPLICABLE**

## SUBJECT INFORMATION

24. Name **SABRIAN LAMONT BRUTON**         25. Address **1663 SE 27TH DR - 204**
26. Race **B**     27. Sex **M**     28. Date of birth **11/26/1987**          **HOMESTEAD, FL 33035**
29. Social security # **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**
30. Work phone                                       31. Home phone **786-380-1968**
32. Did subject complain of injury? **Y**            33. Were there visible signs of injury? **Y**
34. If yes, type of injuries **OTHER - SEE NARRATIVE**

*Note:* Subject must go to the hospital for any complaint of injury or use of OC spray. Treatment must be refused at the hospital.

35. Type of treatment **HOSPITAL**
36. Name of hospital **OTHER - SEE**           37. How transported to hospital **HOMESTEAD POLICE**
38. Name of doctor **MORE JOHN, ORLANDO**
39. Time of treatment **07/06/2018 16:00:00**       40. Time of release
41. Was subject under the influence of drugs or alcohol? **UNKNOWN**
42. Photos attached? **Y**         If no, explain:
43. Was suspect arrested? **Y**    If yes, list charges. If no, explain: **DWLS 3RD OR SUBS, RESISTING W/ VIOL, BURGLARY, RESISTING W/O VIOL, FALSE NAME TO LEO, POSS MARIJUANA**

## INCIDENT DESCRIPTION

44. Describe, in detail, your actions, the actions of any other involved officers, and the actions and conduct of the subject(s) before, during and after the use of force. Include whether the use of each type of force was effective. NOTE: In case of use of the OC Fogger, or in any case as directed by supervision, this information must be reported in standard letter format and attached to this form.

**See officer`s Supplement report. [07/07/2018 11:48, JVILLARREAL, 183, HPD]**

45. Officer's signature _____   Date: _____

## SUPERVISOR'S RESPONSIBILITIES

*Note:* A cover letter from the supervisor, through channels, must accompany this form (Except cases involving ONLY the use of the individual OC canister. If a complaint of excessive use of force was made, a PD-82 must be compiled.

I have reviewed this use of force, and have determined that

| [X] it is within the policy guidelines | [ ] it is not within the policy guidelines |
| [X] lesser force alternatives were not available | [ ] lesser force alternatives were available |
| [X] training and proper tactics were followed | [ ] training and proper tactics were not followed |

Supervisor's name    VILLARREAL, J.         Supervisor's code #   0710

Supervisor's signature    _____

Supervisor's assignment    SWN/UNF/PAT/MID        Telephone #   305-224-5454

In cases involving ONLY the use of the individual OC canister, the reviewing supervisor must explain his/her conclusion below. In other cases, the cover letter explains the conclusion

**FULL REVIEWS ATTACHED, IF COMPLETED**

Distribution

**Original - Through channels to the Major of the Affected Service**
**Copy - Internal Affairs Division**
**Copy - Training Division**

HPD-01  
Revised 01/11/11

**HOMESTEAD POLICE DEPARTMENT**

# Use of Force Report

| INCIDENT INFORMATION |
|---|

1. Date of this Report **07/07/2018**
2. Date of Incident **07/06/2018**
3. Time of Incident **14:28**
4. Location of Incident **100 SE 18TH AVE, BLK, HOMESTEAD, FL 33033**
5. IBR number **1807060018**
6. Type of force (Effective Y/N)
   - a.) **HANDS FIST AND FEET**
   - b.)
   - c.)
   
   Other (explain)

7. At the time of the incident, was the officer in uniform or plainclothes? **PLAINCLOTHES**

8. List name and code numbers of all officers present at the time the force was used  
**CARVAJAL, KEVIN (0720) / GUZMAN, ENGELBERT (0758) / LAGO, CARLOS (0831)**

9. List names, addresses, and phone numbers of any witnesses

| OFFICER INFORMATION |
|---|

10. Name **SIMMONS, S.**
11. Rank **DETECTIVE**
12. Code **0857**
13. Where assigned **SWN/INVS/SIU/FLEX**
14. Phone # **305-224-5476**
15. Race **B**
16. Sex **M**
17. Date of birth
18. Date of employment **08/11/2014**
19. Total years of education
20. Was the officer injured? **N**
21. If yes, type of injuries **NONE**
22. Name of hospital **NOT APPLICABLE**
23. Type of treatment **NON APPLICABLE**

## SUBJECT INFORMATION

24. Name **SABRIAN LAMONT BRUTON**     25. Address **1663 SE 27TH DR - 204 HOMESTEAD, FL 33035**
26. Race **B**     27. Sex **M**     28. Date of birth **11/26/1987**
29. Social security # **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**
30. Work phone                                31. Home phone **786-380-1968**
32. Did subject complain of injury? **Y**     33. Were there visible signs of injury? **Y**
34. If yes, type of injuries **OTHER - SEE NARRATIVE**

*Note:* Subject must go to the hospital for any complaint of injury or use of OC spray. Treatment must be refused at the hospital.

35. Type of treatment **HOSPITAL**
36. Name of hospital **OTHER - SEE**     37. How transported to hospital **HOMESTEAD POLICE**
38. Name of doctor **MORE JOHN, ORLANDO**
39. Time of treatment **07/06/2018 16:00:00**     40. Time of release
41. Was subject under the influence of drugs or alcohol? **UNKNOWN**
42. Photos attached? **Y**     If no, explain:
43. Was suspect arrested? **Y**     If yes, list charges. If no, explain: **DWLS 3RD OR SUBS, RESISTING W/ VIOL, BURGLARY, RESISTING W/O VIOL, FALSE NAME TO LEO, POSS MARIJUANA**

## INCIDENT DESCRIPTION

44. Describe, in detail, your actions, the actions of any other involved officers, and the actions and conduct of the subject(s) before, during and after the use of force. Include whether the use of each type of force was effective. NOTE: In case of use of the OC Fogger, or in any case as directed by supervision, this information must be reported in standard letter format and attached to this form.

**See the Detective`s Supplement report.   [07/07/2018 11:28, JVILLARREAL, 183, HPD]**

45. Officer's signature _____     Date: _____

# SUPERVISOR'S REPSONSIBILITIES

*Note:* A cover letter from the supervisor, through channels, must accompany this form (Except cases involving ONLY the use of the individual OC canister. If a complaint of excessive use of force was made, a PD-82 must be compiled.

I have reviewed this use of force, and have determined that

- [X] it is within the policy guidelines
- [ ] it is not within the policy guidelines
- [X] lesser force alternatives were not available
- [ ] lesser force alternatives were available
- [X] training and proper tactics were followed
- [ ] training and proper tactics were not followed

Supervisor's name **BECKER, C.**  Supervisor's code # **0548**

Supervisor's signature _____

Supervisor's assignment **SWN/INVS/SIU/DAY**  Telephone # **305-224-5325**

In cases involving ONLY the use of the individual OC canister, the reviewing supervisor must explain his/her conclusion below. In other cases, the cover letter explains the conclusion

**FULL REVIEWS ATTACHED, IF COMPLETED**

Distribution

**Original - Through channels to the Major of the Affected Service**
**Copy - Internal Affairs Division**
**Copy - Training Division**